# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No. 23-cr-00070-JB** |
| | ) | |
| **CRAIG D. PERCIAVALLE** | ) | |
| **JOSEPH A. RUNKEL** | ) | |
| **WILLIAM O. ADAMS** | ) | |

## JOINT MOTION TO CONTINUE PRETRIAL CONFERENCE

Come now the Parties, the United States of America, and the Defendants, Craig Perciavalle, Joseph Runkel, and William Adams, by and through each parties' respective counsel, and hereby request that the pre-trial conference currently set on Friday, January 5, 2024 at 11:00 a.m. be continued until on or after Thursday, February 1, 2024.

Counsel for the parties have conferred and are of the view that the Court's time and potential assistance in resolving any issues will be better served by this continuance.

In addition, defense counsel have this date received preliminary calculations of the advisory sentencing guidelines and aver that counsel will review those preliminary calculations with their respective clients forthwith.

1

WHEREFORE, the parties jointly request this pretrial conference be continued until Thursday, February 1, 2024, or such other time as the Court may direct.

Respectfully submitted this 3rd day of January, 2024.

>SEAN P. COSTELLO
>UNITED STATES ATTORNEY
>
>By: /s/ *Christopher J. Bodnar*
>Christopher J. Bodnar
>Assistant United States Attorney
>United States Attorney's Office for the
>Southern District of Alabama
>60 South Royal Street, Suite 600
>Mobile, Alabama 36602
>
>GLENN S. LEON
>CHIEF, FRAUD SECTION
>
>By: /s/ *Kyle C. Hankey*
>Kyle C. Hankey, Assistant Chief
>Christopher D. Jackson, Acting Assistant Chief
>Laura Connelly, Trial Attorney
>Fraud Section
>1400 New York Avenue, NW
>Washington, D.C. 20005
>Telephone: (202) 514-2000
>Facsimile: (202) 514-0142

s/ James R. Sturdivant
James R. Sturdivant
**DENTONS SIROTE PC**
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel:   205-930-5427; Fax:   205-930-5101
jim.sturdivant@dentons.com
alyse.windsor@dentons.com

Counsel for Defendant Joseph A. Runkel

s/ Jack W. Selden
Jack W. Selden
**Bradley Arant Boult Cummings LLP**
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama   35203
Tel:   205-521-8000; Fax:   205-521-8800
jselden@bradley.com

Counsel for Defendant Craig D. Perciavalle

s/ Fred Helmsing
Fred Helmsing
**Mcdowell Knight Roedder & Sledge, LLC**
11 North Water Street, 13th Floor
Post Office Box 350 (36601)
Mobile, Alabama   36602
Tel:   251-432-5300; Fax:   251-432-5303
fhelmsing@mcdowellknight.com

Counsel for Defendant William Adams

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2024, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

s/ James R. Sturdivant
OF COUNSEL
