IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:23-00070-JB |
| ) | |
| CRAIG D. PERCIAVALLE, ) | |
| JOSEPH A. RUNKEL, *and* ) | |
| WILLIAM O. ADAMS, ) | |
|     Defendants. ) | |

## ORDER

The undersigned held a telephonic status conference on the record with counsel for all parties on June 7, 2024, at which the possibility of continuing trial from its current January 2025 setting was raised and discussed. Per those discussions, the Defendants shall file, no later than **JUNE 17, 2024**, a joint motion to continue trial that specifies how long they want the continuance to be and shows sufficient grounds justifying it. The United States shall file its brief in response to said motion no later than **JUNE 24, 2024**. No further briefing on this matter is permitted unless otherwise ordered.

To allow for resolution of this matter, the deadlines in the section of the October 5, 2023 scheduling order titled "RULE 404(b) EVIDENCE" (Doc. 89, PageID.316) are **SUSPENDED**.

**DONE** and **ORDERED** this the **10th** day of **June 2024**.

                                    */s/ Katherine P. Nelson*
                                    **KATHERINE P. NELSON**
                                    **UNITED STATES MAGISTRATE JUDGE**